# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SLOVAK WHEELER**, <br><br> Plaintiff, <br><br> vs. <br><br> **LYNN WHEELER**, <br><br> Defendant. | Case No.: 4:22-cv-02502-YGR <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO SERVE PURSUANT TO FED. R. CIV. PROC. 4(M)** |

**TO PLAINTIFF SLOVAK WHEELER AND HIS COUNSEL OF RECORD**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing no later than August 1, 2022, why your claims should not be dismissed for failure to serve the complaint in the above-referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure 4(m). Failure to timely file a written response shall be deemed an admission that good cause exists to dismiss the case without prejudice and the Court will dismiss this action without further notice.

**IT IS SO ORDERED**.

Date: July 26, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**