United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT A. SLOVAK**,<br><br>    Plaintiff,<br><br>    vs.<br><br>**LYNN WHEELER**,<br><br>    Defendant. | Case No.: 4:22-cv-02502-YGR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING COMPLIANCE DEADLINE** |

Based upon plaintiff's response, the order to show cause at Docket Number 15 for failure to serve pursuant to Federal Rule of Civil Procedure 4(m) is **DISCHARGED**. Since entry of default has been secured, the Court **SETS** a compliance deadline for September 23, 2022 at 9:01 a.m. All compliance deadlines are decided on the papers and personal appearances are not necessary. Five (5) business days prior to the date of the compliance deadline, plaintiff shall file: (1) a motion for default judgment; or (2) a statement explaining their failure to comply with this order. If the compliance deadline is complied with, the Court will vacate the compliance deadline on the calendar. Failure to comply may result in an additional conference being set or appropriate sanctions, including dismissal for failure to prosecute.

**IT IS SO ORDERED**.

Date: August 5, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**